United States Courts
Southern District of Texas
FILED
December 23, 2020

David J. Bradley, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 1, 2020
Lyle W. Cayce
Clerk

No. 20-20229
Summary Calendar

TAAJWAR ALI,

*Plaintiff—Appellee,*

versus

RODNEY SNEED,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-25

Before HAYNES, WILLETT, and HO, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the case is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Certified as a true copy and issued
as the mandate on Dec 23, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 23, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20229   Ali v. Sneed  
                         USDC No. 4:18-CV-25

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Christina A. Gardner, Deputy Clerk  
                         504-310-7684

cc:  Ms. Suzanne Rene' Bradley  
     Ms. U. A. Lewis