UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Taajwar Ali

versus

Harris County and Rodney Sneed

ACTION NUMBER: H-18-00025

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | May 21, 2021 |
|---|---|
| Judgment in Favor of: | Harris County |
| Judgment Against: | Taajwar Ali |
| Amount of Judgment: | $0 |
| Amount of Costs: | $4,257.29 |
| Rate of Interest: | %0.0 |
| Amount of Credits Since Judgment: | $ 0 |
| Amount Due: | $4,257.29 |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT    NATHAN OCHSNER

DATED: JUN 0 6 2021

By: _____
Deputy Clerk

O:Houforms/Forms-Web